FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 29  PM 1:29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD G. JONES | * | CIVIL ACTION |
| VERSUS | * | NO: 08-1487 |
| PARISH NATIONAL BANK, ET AL | * | SECTION: "D"(1) |

### ORDER AND REASONS

Having considered the complaint, the Magistrate Judge's Report and Recommendation (Doc. No. 16), the Plaintiff Donald G. Jones' Response to the Magistrate Judge's Report and Recommendation (Doc. No. 19),[1] the record and the applicable law, the court approves the Magistrate Judge's Report and Recommendation and adopts it as its own opinion.[2] Accordingly;

**IT IS ORDERED** that:

(1) the Plaintiffs' Motion to Enjoin and Consolidate State

---

[1] In Plaintiff's response, Plaintiff argues, *inter alia*, that he "has a right to file this action, as plaintiff owns a 5% interest in the property. Plaintiff further will submit to this Honorable Magistrate Judge a document validating said referenced ownership by October 28, 2008." (Doc. No. 19, p. 1). On October 29, 2008, the court was advised by both the Clerk of Court's Office and the Magistrate Judge's office that Plaintiff failed to file *any* ownership document or *any* other pleading.

[2] The court notes an obvious typographical error on page 7, line 2 of the Magistrate Judge's Report and Recommendation wherein it is stated "Continental did not join in Parish's motion to dismiss." (Doc. No. 16, p. 7). "Continental" should be "Commonwealth," and the court hereby makes that correction.



Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____

   Court Actions (Doc. No. 8) be and is hereby **DENIED**;

(2) The Motion to Dismiss (Doc. No. 11) filed by Parish National Bank be and is hereby **GRANTED**;

(3) Plaintiffs' Complaint against both Parish National Bank and Commonwealth Land Title Insurance Company be and is hereby **DISMISSED** without prejudice.

New Orleans, Louisiana, this **29th** day of **October, 2008.**

_____
A. J. McNAMARA
UNITED STATES DISTRICT JUDGE